```
MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
JAMES A. SCHARF (CABN 152171)
Assistant United States Attorney
        150 Almaden Boulevard, Suite 900
        San Jose, California 95113
        Telephone: (408) 535-5044
        FAX: (408) 535-5081
        claire.cormier@usdoj.gov

Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALIH IBRAHIM,<br><br>    Plaintiff,<br><br>    v.<br><br>DEFENSE LANGUAGE INSTITUTE FOREIGN LANGUAGE CENTER, ET AL.,<br><br>    Defendants. | CASE NO. CV 15-00336 PSG<br><br>UNOPPOSED ADMINISTRATIVE MOTION RE AMENDED COMPLAINT; [~~PROPOSED~~] ORDER |

   On April 1, 2015, Federal Defendants filed a motion to dismiss. By Special Set, the motion to dismiss is scheduled to be heard on May 12, 2015, at 1:30 p.m., immediately preceding the Case Management Conference.

   On April 22, 2015, Plaintiff filed a timely amended complaint pursuant to FRCP 15(a)(1)(B). The filing of the amended complaint moots the motion to dismiss, and makes it premature to discuss case management issues until the pleadings are finalized.

   Federal Defendants intend to file a motion to dismiss the amended complaint. Pursuant to FRCP 15(a)(3), the motion to dismiss the amended complaint is due May 6, 2015. However, due to litigation deadlines in other cases, defense counsel requested and received from Plaintiff an additional 14 days to and including May 20, 2015 to prepare and file the motion to dismiss the amended complaint.

On April 23, 2015, defense counsel spoke with Plaintiff on the telephone. Plaintiff stated that he did not oppose any of the administrative relief sought herein.[1]

In light of these developments, Federal Defendants hereby request the Court to (1) vacate the May 12, 2015 hearing and Case Management Conference, (2) permit Federal Defendants to file a motion to dismiss the amended complaint on or before May 20, 2015, and (3) continue the initial Case Management Conference to the date and time of the hearing on the motion to dismiss the amended complaint.

Respectfully submitted,

Dated:  April 23, 2015

MELINDA HAAG
UNITED STATES ATTORNEY

By: /s/ James A. Scharf
_____
JAMES A. SCHARF
Assistant U.S. Attorney
Attorney for Federal Defendants

[~~PROPOSED~~] ORDER

Good cause appearing, and without objection from Plaintiff, it is hereby ordered:

(1) The May 12, 2015 hearing on Federal Defendants' motion to dismiss and Case Management Conference are vacated.

(2) Federal Defendants shall file a motion to dismiss the amended complaint on or before May 20, 2015.

(3) The initial Case Management Conference shall be continued to the date and time of the hearing on the anticipated motion to dismiss the amended complaint.

Dated:  April 23, 2015

_____
Hon. Paul S. Grewal
United States District Court Magistrate Judge

---

[1] I declare under penalty of perjury that the facts set forth in this unopposed administrative motion are true and correct to the best of my knowledge and belief.